**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TAMOND E. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-01327-JSD |
| | ) | |
| SECRETARY OF DEPARTMENT OF HEALTH & HUMAN SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the record. On August 31, 2026, the Court ordered self-represented Plaintiff Tamond Thomas to file an amended complaint on a Court-provided form and to either pay the filing fee or file a motion to proceed *in forma pauperis*. ECF No. 3. The Court warned Plaintiff that failure to comply with the Court's Order would result in dismissal of this action without prejudice and without further notice. *Id.* at 2. Plaintiff's response was due by September 30, 2026.

Although Plaintiff has filed eight (8) handwritten documents with the Court—including supplements, letters, and notices—since the Court issued this Order, none of the filings are on Court-provided forms. Nor can any of the filings be construed as either an amended complaint or a motion to proceed *in forma pauperis*. *See* ECF Nos. 4-11. As such, Plaintiff has neither responded to the Court's August 31, 2026, Order nor sought additional time to do so. Local Rule 2.01 authorizes the Clerk of Court to refuse to receive any pleadings "until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. L.R. 2.01(B)(1). Plaintiff has not paid the filing fee or submitted a motion to proceed without prepayment. Plaintiff was given meaningful notice of what was expected, he was

cautioned that his case would be dismissed if he failed to timely comply, and he was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's August 31, 2026, Order and his failure to prosecute his case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (stating a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b). A separate order of dismissal will be entered herewith.

**IT IS HEREBY CERTIFIED** that an appeal would not be taken in good faith.

Dated this 14th day of October, 2026.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE